

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-20-00304-CV
_____

**MARY SUE KLEIN, INDIVIDUALLY AND AS TRUSTEE OF THE MARY SUE GST EXEMPT TRUST, AND JANA BETH JOHNSON, INDIVIDUALLY AND AS TRUSTEE OF THE JANA BETH GST EXEMPT TRUST, APPELLANTS**

V.

**JENNIFER KAY KLEIN, AS TRUSTEE OF THE JENNIFER GST EXEMPT TRUST, APPELLEE**

On Appeal from the 353rd District Court
Travis County, Texas
Trial Court No. D-1-GN-20-001392; Honorable Maya Guerra Gamble, Presiding

December 9, 2020

## ORDER OF ABATEMENT

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Pending before this court is the parties' *Joint Motion to Abate Appeal Pending Mediation*, requesting that we abate this appeal until March 8, 2021, to allow the parties to participate in mediation in an effort to resolve the litigation. To expedite the possible disposition of this appeal and in the interest of conservation of judicial resources, we grant

the motion and abate the appeal.  All appellate deadlines, including the pending deadline to file Appellants' brief, are suspended.  The case will be removed from our active docket and treated as a suspended case until further order of this court.  *See* TEX. R. APP. P. 2, 43.6; *Mesa Water, L.P. v. Tex. Water Dev. Bd.*, No. 07-11-00153-CV, 2011 Tex. App. LEXIS 5311, at *2-3 (Tex. App.—Amarillo July 13, 2011, order) (per curiam) (doing same).  Appellants are directed to advise the court of the status of mediation, in writing, by March 8, 2021.  Failure to do so may result in the dismissal of this appeal pursuant to Rule of Appellate Procedure 42.3(c).

It is so ordered.

Per Curiam